

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2015

No. 04-15-00427-CV

**CRAWFORD MEDICAL SUPPLIES, LLC,** Sam Maddali, Prem Swaroop Kalidindi, and Maddali Realty, LLC,
Appellants

v.

**HUNTLEIGH HOME MEDICAL, LTD**. and Jane Elizabeth Flores,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00404
Honorable Michael E. Mery, Judge Presiding

## O R D E R

This is an interlocutory appeal of the trial court's order denying in part appellants' motion to compel arbitration. On July 27, 2015, appellants filed a motion requesting a stay of further trial court proceedings pending the resolution of this appeal. *See* Tex. R. App. P. 29.3. The motion is GRANTED. All further proceedings in the underlying cause are STAYED pending the disposition of this appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court